**FILED**

March 10, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

YAHILE MELIAN HERNANDEZ,                §
A# 220 893 686,                          §
                                         §
                                         §
            **Petitioner,**              §
                                         §        **NO. SA-26-CV-01431-OLG**
**v.**                                   §
                                         §
WARDEN Karnes County                     §
Immigration Processing Center,           §
ET AL.,                                  §
                                         §
            **Respondents.**             §

## ORDER FOR SERVICE

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1)

filed by *pro se* Petitioner **Yahile Melian Hernandez**, who is currently detained at the Karnes

County Immigration Processing Center in Karnes City, Texas, located in the Western District of

Texas.

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition

(Dkt. No. 1) and this Order by certified mail, return receipt requested, to the Office of the United

States Attorney at the following address:

> **Mary F. Kruger**
> **United States Attorney's Office**
> **Chief, Civil Division**
> **601 NW Loop 410, Suite 600**
> **San Antonio, TX 78216**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient

service of process upon the federal Respondents.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Karnes

County Immigration Processing Center, with copies of the Petition (Dkt. No. 1) and this Order by

certified mail, return receipt requested, at the following address:

**Warden**
**Karnes County Immigration Processing Center**
**409 FM 1144**
**Karnes City, TX 78118**

Delivery by certified mail, return receipt requested, of those documents shall constitute sufficient

service of process.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **within 10 days** after service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond. *See id.*

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** on March 10, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

2